1  Zachary M. Best, SBN 166035
   MISSION LAW FIRM, A.P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone: (408) 298-2000
   Facsimile: (408) 298-6046
4  Email: service@mission.legal

5  Attorneys for Plaintiff,
   Jose Acosta

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA, | Case No. 1:17-cv-01648-LJO-BAM |
| Plaintiff, | STIPULATION FOR FURTHER EXTENSION OF TIME FOR ALL DEFENDANTS' RESPONSIVE PLEADINGS AND FOR CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE; ORDER |
| vs. | |
| ACADEMY WEST INSURANCE SERVICES, INC., et al., | |
| Defendants. | **New Date:** May 10, 2018<br>**Time:** 9:30 a.m.<br>**Courtroom:** 8 (BAM) |

**WHEREAS,** Plaintiff Jose Acosta ("Plaintiff"), and Defendants, Academy West Insurance Services, Inc., Martin Castellano, and Gloria E. Castellano ("Defendants," and together with Plaintiff, "the Parties"), previously requested, and the Court granted, an extension of time for Defendants' responsive pleadings to and including March 20, 2018 and continuing the Mandatory Scheduling Conference to April 3, 2018 (Dkt. 11);

**WHEREAS,** the Parties are engaged in settlement negotiations and are hopeful that a settlement can be reached informally, and desire to conserve attorney's fees which would be incurred in filing the responsive pleadings while they exhaust settlement efforts, and to conserve Court resources;

Page 1

**NOW, THEREFORE,** the Parties, by and through their respective counsel, stipulate to a further continuance of the Mandatory Scheduling Conference currently set for April 3, 2018 to a date at the Court's convenience on or after May 3, 2018. The Parties additionally stipulate to a further extension of time for Defendants' responsive pleadings, such that the responsive pleadings be filed on or before April 19, 2018.

Dated: March 22, 2018     MISSION LAW FIRM, A.P.C.

                                                                               */s/ Zachary M. Best*
                                                                               Zachary M. Best
                                                                               Attorneys for Plaintiff,
                                                                               Jose Acosta

Dated: March 22, 2018     LITTLER MENDELSON, P.C.

                                                            */s/ Russell P. Burke*
                                                            Nick Pritchett
                                                            Russell P. Burke
                                                            Attorneys for Defendants,
                                                            Academy West Insurance Services, Inc., Martin Castellano, and Gloria E. Castellano

## **ORDER**

The parties having so stipulated and good cause appearing, IT IS HEREBY ORDERED that the time for Defendants, Academy West Insurance Services, Inc., Martin Castellano, and Gloria E. Castellano, to file their responsive pleadings is extended to April 19, 2018. The Mandatory Scheduling Conference currently set for April 3, 2018 is continued to **May 10, 2018 at 9:30 a.m.** in Courtroom 8, before Magistrate Judge Barbara A. McAuliffe. The parties are to file their Joint Scheduling Report no later than seven days prior to the conference.

IT IS SO ORDERED.

Dated: **March 23, 2018**     */s/ Barbara A. McAuliffe*
                                                                               UNITED STATES MAGISTRATE JUDGE